```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 14473
    DONALD THOMAS MOZINGO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2685

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/12/2004 and was confirmed 08/25/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
WORLD SAVINGS & LOAN ASS  CURRENT MORTG      38957.05            .00         38957.05
WORLD SAVINGS & LOAN ASS  MORTGAGE ARRE       8500.00            .00          2519.18
COMMONWEALTH EDISON       UNSEC W/INTER        676.07            .00              .00
NICOR GAS                 UNSEC W/INTER        874.09            .00              .00
AT & T BANKRUPCTY         UNSEC W/INTER    NOT FILED             .00              .00
ROGER AUTO SERVICE        SECURED             1995.00         130.43           562.97
PETER FRANCIS GERACI      DEBTOR ATTY        2,600.00                        2,600.00
TOM VAUGHN                TRUSTEE                                            2,528.83
DEBTOR REFUND             REFUND                                                  .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 47,298.46

PRIORITY                                               .00
SECURED                                          42,039.20
    INTEREST                                        130.43
UNSECURED                                              .00
ADMINISTRATIVE                                    2,600.00
TRUSTEE COMPENSATION                              2,528.83
DEBTOR REFUND                                          .00
                        --------------        --------------
TOTALS                  47,298.46                47,298.46
```

PAGE　1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 14473 DONALD THOMAS MOZINGO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 14473 DONALD THOMAS MOZINGO